(Decided 11th July, 1882.)

---

JOHN RAU *vs.* ALEXANDER H. ROBERTSON, Assignee of THE HARRISON BUILDING ASSOCIATION, No 7, OF BALTIMORE CITY.

*Appeal dismissed.*

A. H. R., as assignee of a mortgage executed by J. R. to a Building Association, and dated the 9th of November, 1871, obtained a decree under Art. 4, secs. 782 to 792, of the Code of Public Local Laws, for the sale of the mortgaged premises. By deed dated the 10th of December, 1877, for the consideration of $2150, J. R. sold and conveyed, *subject to his mortgage to the Building Association,* the mortgaged premises to W. S. On payment of a certain sum of money into Court by W. S., the sale of the mortgaged premises under the decree, was suspended, and the cause was referred to the auditor, who stated an account, which was excepted to by J. R. and W. S.

Rau *vs.* Robertson, Assignee.

The Court overruled the exceptions. and finally ratified the account. From the order of ratification J. R. appealed. On motion of A. H. R., the appeal was dismissed on the ground that J. R., the appellant, had parted with all his interest in the mortgaged premises, by his deed to W. S., and was in no wise interested in the case.

APPEAL from the Circuit Court of Baltimore City.

On the 9th of November, 1871, John Rau, the appellant, executed a mortgage to The Harrison Building Association No. 7, of Baltimore City, of which he was a member. By deed dated the 10th of December, 1877, for the consideration of $2150, Rau conveyed to William Schluderberg, subject to the aforegoing mortgage to the Building Association, the mortgaged premises. On the 21st of August, 1880, The Harrison Building Association assigned the foregoing mortgage to Alexander H. Robertson, the appellee. On the 21st of August, 1880, under Art. 4, secs. 782 to 792 of the Code of Public Local Laws, Robertson obtained a decree for the sale of the mortgaged premises. On the 27th of October, 1880, on the petition of Schluderberg, and payment by him into Court of a certain sum, the sale was suspended, and the papers in the cause were referred to the auditor, to state an account of the claim under the mortgage. An account was thereupon stated, to which Rau and Schluderberg excepted. These exceptions were overruled by the Court, (DOBBIN, J.,) and the account was finally ratified, and the case again referred to the auditor to state a further final account. On the 9th of June, 1881, the auditor filed a further account; to this account Rau and Schluderberg excepted. On the 7th of October, 1881, the Court passed an order finally ratifying the account of the auditor; and from this order the present appeal has been taken.

The cause was argued before BARTOL, C. J., GRASON, MILLER, ROBINSON and IRVING, J.

Rau *vs.* Robertson, Assignee.

*Luther M. Reynolds,* for the appellant.

*A. H. Robertson,* for the appellee.

GRASON, J., delivered the opinion of the Court.

The appellee, as assignee of The Harrison Building Association No. 7, of Baltimore City, obtained a decree under Art. 4, secs. 782 to 792, of the Code of Public Local Laws, for the sale of the premises mentioned and described in the mortgage executed by the appellant to said Association, and dated 9th November, in the year 1871. An auditor's account was stated, which was excepted to by one William Schluderberg and the appellant, but the Court overruled the exceptions and finally ratified the account on the 7th day of October, 1881, and from the order of ratification this appeal has been taken.

A motion was made in this Court to dismiss the appeal on the ground that the appellant has no interest in this case.

It appears from the record that the appellant sold and conveyed, *subject to his mortgage to the said Building Association,* the premises described in the mortgage to William Schluderberg, by deed dated 10th December, 1877, for the consideration of twenty-one hundred and fifty dollars. By this deed he parted with all his interest in the mortgaged premises, and he is, therefore, in nowise interested in this case, and his appeal must be dismissed with costs.

*Appeal dismissed.*

(Decided 11th July, 1882.)